# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERICKA L. BAILEY
315 WILLARD AVENUE
ROCKFORD, IL  61101

SSN-xxx-xx-8947

Case Number: 04-75865

Case filed on: 11/24/2004
Plan Confirmed on: 2/4/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $41,898.88        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NATIONAL CITY MORTGAGE COMPANY | 0.00 | 0.00 | 23,009.24 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 23,009.24 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 007 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ERICKA L. BAILEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HERITAGE FEDERAL CREDIT UNION | 12,725.00 | 12,725.00 | 12,673.04 | 1,263.24 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 150.00 | 150.00 | 142.71 | 12.86 |
| 005 | NATIONAL CITY MORTGAGE COMPANY | 40.38 | 40.38 | 40.38 | 0.00 |
| 006 | RICHARD BISCHOFF DDS | 800.00 | 800.00 | 794.57 | 125.39 |
|  | Total Secured | 13,715.38 | 13,715.38 | 13,650.70 | 1,401.49 |
| 001 | HERITAGE FEDERAL CREDIT UNION | 2,909.45 | 1,454.72 | 0.00 | 0.00 |
| 002 | HERITAGE FEDERAL CREDIT UNION | 2,283.15 | 1,141.57 | 0.00 | 0.00 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 719.55 | 359.77 | 0.00 | 0.00 |
| 008 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STUDENT ASSISTANCE COMM | 21,576.69 | 10,788.34 | 0.00 | 0.00 |
|  | Total Unsecured | 27,488.84 | 13,744.40 | 0.00 | 0.00 |
|  | Grand Total: | 43,904.22 | 30,159.78 | 39,359.94 | 1,401.49 |

Total Paid Claimant:    $40,761.43
Trustee Allowance:      $1,137.45
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/29/2008            By   /s/Heather M. Fagan